## Commonwealth *v.* Howrelko, Appellant.

Submitted April 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John W. Packel* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 4, 1972:

AND NOW, this 4 day of October, 1972, this Court's order of January 14, 1972, granting allocatur in the above captioned matter is hereby vacated as improvidently granted.